| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | timothy_zindel@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | BARRINGTON LEE BARISIC |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-MJ-00039 JDP |
|---|---|
| Plaintiff, | ) |
| | ) **REQUEST FOR RULE 43 WAIVER AND** |
| v. | ) **APPEARANCE VIA TELECONFERENCE;** |
| | ) **ORDER** |
| BARRINGTON LEE BARISIC, | ) |
| Defendant. | ) Date: September 11, 2018 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Barrington Lee Barisic, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that the Court permit him to waive his right to personally appear for the status conference scheduled for September 11, 2018. Mr. Barisic further asks that he be allowed to appear by video from the United States District Court in Seattle, Washington. The Court has the discretion under Rule 43(b)(2) to allow Mr. Barisic to appear by video. The Court in Seattle has previously accommodated Mr. Barisic in appearing by video in connection with the above charges and this Court permitted Mr. Barisic to waive personal appearance and appear by video for arraignment.

The government has advised it does not object to this request.

-1-

| | |
|---|---|
| 1 | Mr. Barisic presently lives in Washington. He is indigent and is unable to travel to California to appear in person. The parties presently anticipate proceeding with a plea on Tuesday and will have a written agreement ready to present to the Court at that time. |

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 6, 2018

/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for BARRINGTON BARISIC

## ORDER

Mr. Barisic's waiver is hereby approved. He may appear by video teleconference on September 11, 2018, at 10:00 a.m.

IT IS SO ORDERED

Dated: September 7, 2018

HON. JEREMY D. PETERSON
United States Magistrate Judge