1 | Peter Merritt
2 | Legal Intern
  | NATIONAL PARK SERVICE
3 | Legal Office
  | P.O. Box 517
4 | Yosemite, California 95389
  | Telephone: (559) 741-3374
5 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number: 6:17-mj-00039-MJS |
|---|---|
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |
| BARRINGTON LEE BARISIC II, | |
| Defendant. | |

    Defendant, Barrington Lee BARISIC II, was initially sentenced to 24 months of unsupervised probation on September 11, 2018. Defendant was scheduled for a first probation review hearing on October 22, 2019, and a final probation review hearing on August 11, 2020. However, due to travel issues and miscommunication with the court, an appearance was not registered for defendant's first review hearing in Yosemite. Defendant appeared for court in Seattle on October 22, 2019, but nothing had been set up for him there either.

    Defendant's first review hearing was then rescheduled for November 19, 2019. Prior to this, defendant supplied proof of intermediate completion of the terms of his probation, and an agreement was reached to vacate his first review hearing. Defendant's first review hearing was then removed from the docket, but a formal motion to vacate was mistakenly never filed.

    The United States, by and through its representative, Peter Merritt, hereby moves the

1

Court for an Order to Vacate the final review hearing currently scheduled in this matter for August 11, 2020 and terminate probation. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on September 11, 2018.

.

Dated:  August 10, 2020              /S/ Peter Merritt
                                                Peter Merritt
                                                Legal Intern
                                                Yosemite National Park

IT IS SO ORDERED.

Dated:   August 11, 2020              _____
                                                 UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Upon application of the United States, and good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for August 11, 2020 in the above referenced matter, *United States v. Barisic, 6:17-mj-00039-MJS*, be vacated and probation terminated.